**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THELMA WILLIAMS                                                                    PLAINTIFF
ADC #93197

v.                                              No. 4:11CV00587 JLH

JAMES W MCCORMACK, Clerk,
United States District Court,
Eastern District of Arkansas, et al.                                               DEFENDANTS

### **JUDGMENT**

    Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to

the three strikes rule set forth in 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Judgment and the accompanying

Order of Dismissal would not be taken in good faith.

    DATED this 15th day of August, 2011.


_____
UNITED STATES DISTRICT JUDGE